## Skandia Coal and Lumber Company, Appellee, v. Rockford Metal Products Company, Appellant.

### Gen. No. 10,094.

opinion filed December 5, 1947; released for publication December 29, 1947. James Berry, for appellant; Welsh & Welsh, for appellee; C. K. Welsh, of counsel. Opinion by JUSTICE BRISTOW. Not to be published in full.